■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN FOSTER, Appellant. — Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on January 12, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saun-*

*ders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Fein, Milonas and Ellerin, JJ.